## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

**BRENDA LAIDLER,**

      **Plaintiff,**

vs.                                 CASE NO. 5:06cv195-RS/EMT

**DWAYNE BRAXTON, and
BOBBY HADDOCK, Sheriff of
Washington County, Florida, as
Successor in Interest to FRED
PEEL,**

      **Defendants.**

_____/

### COMPLAINT
### (Money Damages/Jury Trial Requested)

Plaintiff, BRENDA LAIDLER, sues the Defendants, DWAYNE BRAXTON, and

BOBBY HADDOCK, Sheriff of Washington County, Florida, Successor in Interest to

FRED PEEL, former Sheriff.

    1. The damages alleged herein exceed Fifteen Thousand Dollars ($15,000.00).

    2. This Court has jurisdiction because the causes of action include a claim for damages

arising out of a violation of the Plaintiff's rights secured to her under the Fourth, Eighth and

Fourteenth Amendments to the Constitution, as specifically authorized under Title 42, Section

1983, U.S.C.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PANAMA CITY, FLA.

2006 SEP 25  AM 9: 38

FILED

## Count I - (Civil Rights - Individual Liability)

3.  Plaintiff, BRENDA LAIDLER, sues the Defendant, DWAYNE BRAXTON, and alleges that on the 14th day of March, 2004, she was being held in the Washington County, Florida jail on a civil detainer alleging failure to comply with a child support order., a non-violent civil infraction.

4.  Defendant, DWAYNE BRAXTON, acting under color of law, was a uniformed jailer employed by the Sheriff of Washington County, Florida

5.  At the time and place aforesaid, Co-Defendant, DWAYNE BRAXTON, violently lifted the Plaintiff, BRENDA LAIDLER, off the jail floor by grabbing the handcuffs (which were behind her) causing Plaintiff to scream in pain and beg him to stop.  Plaintiff was unarmed, handcuffed and presented no threat nor need for the Defendant's violent action before-described.

6.  As a direct and proximate result, the Plaintiff's rotator cuffs on both arms and shoulders were torn, separated and otherwise severely injured.

7.  Plaintiff, BRENDA LAIDLER, alleges such force and conduct was clearly excessive and violated her Fourth Amendment right to be free from unlawful seizures and she has suffered damage directly therefore, including surgical and hospital bills, exceeding Forty Thousand Dollars ($40,000.00).

-2-

8. Alternatively, Plaintiff alleges that BRAXTON'S conduct as alleged above, violated the rights granted to her under the Eighth Amendment of the U.S. Constitution, in that his conduct amounted to "cruel and unusual punishment."

10.. Wherefore, Plaintiff, BRENDA LAIDLER, sues Defendant, DWAYNE BRAXTON, in his individual capacity and prays for damages in excess of $15,000, trial by jury, court costs and her attorney's fees as provided by law.

## COUNT II

### (Negligence - Pendent State Claim)

11. The Plaintiff, BRENDA LAIDLER, sues Defendant, BOBBY HADDOCK, as Sheriff of Washington County, Florida, and as successor in interest to FRED PEEL, who was the duly elected and acting Sheriff of Washington County, Florida, on the 14th day of March, 2004.

12. The Plaintiff, BRENDA LAIDLER, alleges damages in excess of Fifteen Thousand Dollars ($15,000.00) and brings this action in accordance with Florida Statute 728.28, for damages resulting from the negligence of a public official (or a public employee) as set forth in the above statute.

13. On or about the 14th day of March, 2004, the uniformed jailers and employees of the Defendant, FRED PEEL, (such office now being occupied by the Defendant, HADDOCK) at the Washington County Jail facility located in Chipley, Florida, had in their care, custody and control the Plaintiff, BRENDA LAIDLER, as a detainee under a lawfully executed warrant.

-3-

14. At the time and place aforementioned, the Defendant's employees negligently grabbed, pulled or forcefully lifted the Plaintiff from the floor of said jail by grasping the handcuffs which were fastened behind her back. In doing so, said employees caused the Plaintiff's rotator cuffs in her shoulders to be torn, separated and permanently injured, approximately resulting in injuries and damages herein sought.

15. The negligence of the Defendant's employees consisted in failing to use due care in physically handling handcuffed prisoners and to follow accepted law enforcement procedures in doing so. Additionally, prior to injuring the Plaintiff, BRENDA LAIDLER, one of the employees shot her three times with a taser gun in the neck area causing burning, bruising and scarring, while the Plaintiff, BRENDA LAIDLER, was handcuffed. The conduct of the Defendant's employees constituted negligence and a specific violation of Florida Statute 950.09, which proscribes maltreatment of prisoners by jailers.

16. Plaintiff alleges that she has complied with the notice requirements as required by Florida Statute 728.28, by giving notice to Defendant, PEEL, October 6, 2004.

-4-

WHEREFORE, Plaintiff, BRENDA LAIDLER, prays for judgment against the

Defendant, BOBBY HADDOCK,  Sheriff of Washington County, Florida, as Successor in

Interest to FRED PEEL,  trial by jury, and her costs in this action.

BRIAN T. HAYES
P. O. Box 1275
247 North Jefferson Street
Monticello, Florida 32344
(850) 997-2065
Fax: (850) 997-2364
Fla. Bar ID No. 0034687

Attorney for Plaintiff,
BRENDA LAIDLER

-5-